IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTORIA AKHRAMENKO, et al.,

    Plaintiffs,                  CIV S-11-2114 JAM GGH PS

    vs.

BANK OF AMERICA, et al.,

    Defendants.               FINDINGS AND RECOMMENDATIONS

_____/

        On January 19, 2012, the Clerk mailed an order of this court to plaintiffs, appearing in propria persona, at the address they provided to the court. On or about January 24, 2012 and February 2, 2012, the U.S. Postal Service returned that mail to the court with the notations, "mail returned as undeliverable - not deliverable as addressed; unable to forward," and "mail returned as undeliverable - not deliverable as addressed."

        Local Rule 183(b) provides:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

More than sixty-three days have passed since the U.S. Postal Service returned the Clerk's mail directed to plaintiffs, and plaintiffs have failed to notify the court of their current address.

1

1    IT IS THEREFORE RECOMMENDED that this action be dismissed for
2 plaintiffs' failure to keep the court apprised of their current address.  See Local Rules 183(b) and
3 110.
4    These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-
6 one days after being served with these findings and recommendations, plaintiff may file written
7 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
8 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
9 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
10 F.2d 1153 (9th Cir. 1991).
11 DATED: April 30, 2012

  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Akhramenko2114.nca.wpd